FILED: March 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1156
(2:16-cv-00630-RBS-RJK)
_____

RAUL PADILLA-RUIZ; VIVIAN J. FRANCESCHINI-RODRIGUEZ; CONJUGAL PARTNERSHIP, Legal Society of Earnings

  Plaintiffs - Appellants

v.

COMMUNICATION TECHNOLOGIES, INC.

  Defendant - Appellee

and

JOHN CRAY; JOHN DOE; RICHARD ROE, and their respective insurance companies

  Defendants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge King and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk